IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARC A. ACOSTA,<br><br>        Defendant. | 4:14CR3043<br><br>**ORDER** |

    The defendant has entered his plea of guilty. At the close of his plea hearing, the defendant requested release to live in his sister's home in Ponca, Oklahoma pending sentencing. Upon investigation, Defendant's sister stated she was still looking for places she could rent or own where the defendant could legally live, and although she had found a trailer lot location, only half of that lot could provide a legal residence for the defendant. (Filing No. 25).

    Based on this information of record,

    IT IS ORDERED that defendant's oral motion for release to live in Oklahoma with his sister pending sentencing, (Filing No. 19), is denied.

    August 28, 2014.

                                                       BY THE COURT:

                                                       *s/ Cheryl R. Zwart*
                                                       United States Magistrate Judge